**COASTAL CARGO AND INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Petitioners,**

v.

**Joseph FLOWERS and Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 04–60879.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 16, 2005.

Jeffrey I. Mandel, Juge, Napolitano, Guilbeau, Ruli & Frieman, Metairie, LA, for Petitioners.

Joseph Flowers, David Duhon, New Orleans, LA, for Respondents.

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: [1]

Petitioner appeals an award of attorney's fees by the Benefits Review Board in the amount of $4,515.00 to the claimant pursuant to section 28(a) of the Longshore and Harbor Workers' Compensation Act. 33 U.S.C. § 928(a). Respondents seek an additional $937.50 in fees for prosecuting this appeal. For essentially the reasons stated in the Benefits Review Board's decision, we AFFIRM the award of $4,515.00. We award an additional $937.50 to claimant for the fees and costs incurred in prosecuting this appeal. This is the amount claimant requests and petitioners have not challenged its reasonableness.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.